UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAN CHEEMA, et al.,<br><br>             Plaintiffs,<br><br>      v.<br><br>MERCEDES-BENZ USA LLC,<br><br>             Defendant. | Case No. 1:24-cv-00107-JLT-EPG<br><br>ORDER RE: STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(ECF No. 30). |

On December 3, 2024, the parties filed a stipulation for dismissal, stating as follows:

PLEASE TAKE NOTICE that Plaintiffs Mohan Cheema and Xander Mortgage and Real Estate, Inc. ("Plaintiffs") and Defendant Mercedes Benz USA, LLC ("MBUSA" or "Defendant") (collectively "the Parties"), by and through their counsel of record, hereby stipulate and agree that this action shall be dismissed with prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(ii). The Parties further stipulate that Plaintiffs shall pay Defendant's costs totaling $2,039.50 within 30 days of the filing of this stipulation. The Parties agree to waive any other claim for costs or fees related to the action and/or this dismissal.

(ECF No. 30, p. 2).

In light of the parties' stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed with prejudice and with Plaintiffs agreeing to pay Defendant's costs totaling $2,039.50 within thirty days of the filing of the stipulation. However, the parties have otherwise agreed to bear their own costs and fees related to this action.

\\\

1

Accordingly, the Clerk of Court is directed to terminate any and all pending dates, deadlines, and motions—including the motion for summary judgment (ECF No. 19)—and then to close this case.

IT IS SO ORDERED.

Dated:   **December 4, 2024**                  /s/ Eric P. Grosjean
                                                                              UNITED STATES MAGISTRATE JUDGE